JACQUELYNE M. NGUYEN, Bar no. 249658  JS-6
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CV 12-10049 CAS (AGRx) |
| Plaintiff, | [PROPOSED] JUDGMENT |
| vs. | |
| TERRANCE J. COPLEY, | |
| Defendant(s). | |

IT IS HEREBY ORDERED that Judgment be entered in favor of the United States of America against Defendant in the principal amount of $4,979.20, plus $6,139.40 in interest, and $45.65 in administrative costs, for a total Judgment of **$11,164.25**.

DATED: April 15, 2013

_____
Honorable Christina A. Snyder,
U.S. District Judge
United States District Court